UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Shirley A. Turner

Debtor(s)

Case No.: 06 B 11474

Chapter: 13

Judge Susan Pierson Sonderby

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:**  Tom Vaughn, Chapter 13 Trustee,  200 S. Michigan Ave., Suite 1300, Chicago, IL 60604-
 Shirley A. Turner, Debtor(s),  306 S. Harper Ave, Glenwood, IL  60425
 Derek V. Lofland, Attorney for Debtor(s),  77 W. Washington, Suite 1218, Chicago, IL 60602

You are hereby notified that OPTION ONE MORTGAGE has made post-petition advances of $50.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

You are hereby notified that debtor(s) is(are) due to OPTION ONE MORTGAGE for the contractual mortgage payment due 11/01/10.  As of the 01/05/11 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 11/01/10 through 01/01/11 post-petition mortgage payments, with the 02/01/11 coming due, plus $150.51 in late charges.  The current mortgage payment amount due for the 11/01/10 and 12/01/10 payment is $1,524.44 and for the 01/01/11 payment, the monthly amount is $1,538.04.  As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement does not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 03/12/11, OPTION ONES MORTGAGE's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on February 11, 2011.

/s/ Gloria Tsotsos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346

Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE ( 14-04-2444)**

NOTE: This law firm is deemed to be a debt collector.